IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY D. SMITH, SR.,** | : | **CIVIL ACTION NO. 1:04-CV-2231** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ABF FREIGHT SYSTEMS, INC.,** | : | |
| Defendant | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **LARRY D. SMITH, SR.,** | : | **CIVIL ACTION NO. 1:05-CV-1194** |
| Plaintiff | : | (Judge Kane) |
| v. | : | |
| **ABF FREIGHT SYSTEMS, INC.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of January, 2006, upon consideration of plaintiff's concurred-in motion (Doc. 21) to consolidate the above-captioned actions, filed in the case docketed as Civil Action No. 1:05-CV-1194, and it appearing that the above-captioned actions involve the same parties, arise from the same underlying events and involve common questions of fact and law,[1] see FED. R. CIV. P. 42(a), it is hereby ORDERED that:

---

[1] The court previously consolidated Civil Action No. 1:04-CV-2816 with Civil Action No. 1:04-CV-2231. (See Civil Action No. 1:04-CV-2231, Doc. 5 (order of court dated February 22, 2005)).

1. The motion to consolidate (Doc. 21), filed in the case docketed as Civil Action No. 1:05-CV-1194, is GRANTED.

    a. The above-captioned cases are CONSOLIDATED for all purposes.

    b. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:05-CV-1194 into the case docketed as Civil Action No. 1:04-CV-2231 and to CLOSE the case docketed as Civil Action No. 1:05-CV-1194.

2. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:04-CV-2231.

      /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge